IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br><br>Plaintiff, )<br><br>v. )<br><br>OFFICE OF MANAGEMENT AND BUDGET, )<br><br>Defendant ) | Case No. 1:07-CV-0012 (JR) |

## DEFENDANT'S SCHEDULING REPORT

Pursuant to the Court's Order filed on February 16, 2007, Defendant hereby files its report regarding the schedule for the production of documents to Plaintiff.

1. By letter dated February 8, 2007, Defendant's counsel updated Plaintiff's counsel about the status of Plaintiff's Freedom of Information Act (FOIA) request, regarding pregnancy resource centers, and sought clarification with respect to the scope of item number 17 in the FOIA request (processing for the other item numbers of the FOIA request having been completed). Defendant sought clarification as to whether the scope of item number 17 concerned pregnancy resource centers in particular or the Compassion Capital Fund (CCF) in general.[1]

2. By an e-mail dated February 21, 2007, Plaintiff's counsel informed Defendant's counsel that the scope of item number 17 regards CCF in general.

3. In searching for documents responsive to item number 17, Defendant has located a

---

[1] The Complaint characterizes Plaintiff's FOIA request as regarding pregnancy resource centers (see Compl. ¶¶ 1, 24), but item number 17 seeks "[a]ll documents and records of any evaluation or analysis of the effectiveness of the work or programs funded by the Compassion Capital Fund," which provides funding to a wide variety of entities.

number of responsive documents that would need to be processed.

4. By letter dated March 19, 2007, attached hereto as Exhibit A, Defendant notified Plaintiff that much of any disclosure in response to item number 17 is already publicly available. Given the public availability, Defendant inquired as to whether Plaintiff still seeks the processing of item number 17. If Plaintiff still seeks the processing of item number 17, the letter notified Plaintiff of Defendant's denial of Plaintiff's fee waiver request, pursuant to 5 U.S.C. § 552(a)(4)(A)(iii), with respect to the processing of item number 17, and the required advance payment of estimated fees.

5. The schedule of any production in this case depends on whether Plaintiff still seeks the processing of item number 17. If Plaintiff determines that the publicly available information renders processing of item number 17 unnecessary, then there would be no further production by Defendant and no fees would be charged. If, however, Plaintiff still seeks the processing of item number 17, then advance payment of the fees or resolution of the fee waiver issue will be necessary before production can be completed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Director
D.C. Bar No. 418925
Federal Programs Branch

 /s/ Julia J. Yoo
JULIA J. YOO

                              Trial Attorney
                              D.C. Bar No. 486371
                              U.S. Department of Justice
                              Civil Division, Federal Programs Branch
                              <u>Mailing Address</u>
                              P.O. Box 883 Ben Franklin Station
                              Washington, D.C. 20044
                              <u>Delivery Address</u>
                              20 Massachusetts Avenue, N.W., Room 7336
                              Washington, D.C. 20001
                              Telephone: (202) 514-3313
                              Facsimile: (202) 318-2627
                              julia.yoo@usdoj.gov

                              Attorneys for Defendant

Dated: March 19, 2007

# EXHIBIT A

Case No. 1:07-CV-0012 (JR)



EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

March 19, 2007

Ms. Kimberly D. Perkins
Counsel
Citizens for Responsibility
 and Ethics in Washington
1400 Eye Street, N.W.
Suite 450
Washington, D.C. 20005

Dear Ms. Perkins:

    This letter responds, in part, to your email dated February 21, 2007, to Ms. Julia Yoo of the Department of Justice. In your email, you informed Ms. Yoo that the scope of item number seventeen of CREW's earlier FOIA request dated August 4, 2006 consists of documents that reveal information generally about any analysis or evaluations of the effectiveness of programs funded by the Compassion Capital Fund (CCF). As discussed below, the information that CREW appears to seek is publicly available. If CREW still wants OMB to process item number 17, then notification of the estimated fees for such processing is provided below; but if CREW finds that it is not necessary for OMB to process item number 17, given the publicly available information, then, of course, no fees will be charged.

    Pursuant to 5 C.F.R. § 1303.40(h), fees will not be charged for the first 100 pages of duplication and the first two hours of search time. As calculated below, it is estimated that the fees for processing item number 17 will exceed this amount. The FOIA request sought a fee waiver pursuant to 5 U.S.C. § 552(a)(4)(A)(iii). After careful review and consideration of your request, it has been determined that CREW's request for a fee waiver, as applicable to item number 17, does not satisfy the requirements of 5 U.S.C. § 552(a)(4)(A)(iii), or the corresponding OMB regulation, 5 C.F.R. § 1303.70. The disclosure would not be in the public interest because it would not satisfy the requirement of being likely to contribute significantly to public understanding of the operations or activities of the government. In case you are not already aware, the extent of the disclosure largely would consist of information already available in the public domain. The information on the evaluation of CCF, through the Program Assessment Rating Tool (PART), for example, is available on the internet at www.whitehouse.gov/omb/expectmore (on the website, one can type in "Compassion Capital Fund" into the field for searching by program name or keyword). In addition, OMB's review of information collections under the Paperwork Reduction Act of 1995 is available on the internet at www.reginfo.gov/public/do/PRASearch (on the website, one can conduct an advanced search by typing "Compassion Capital Fund" into the text field). Information not publicly available largely would be exempt under Exemption 5 of the FOIA and its incorporation of the deliberative process privilege. Accordingly, the disclosure for item number 17 would not be

likely to contribute significantly to public understanding because much of any such disclosure would consist of already publicly available documents, as identified on the previously noted websites, and e-mail headers (with the substantive, deliberative information in the body of the e-mails redacted).

Given the public availability of responsive information for item number 17, as discussed above, if CREW finds that it is not necessary for OMB to process item number 17, then no fees will be charged. If CREW still wants OMB to process item number 17, then OMB has determined that such processing involves approximately eight hours of search time and approximately 1,150 pages would need to be photocopied. Pursuant to 5 C.F.R. §§ 1303.30(c), 1303.40, the estimated fee for search and duplication is as follows:

**Estimated Duplication Costs ($0.15 per page)**
(1,150 estimated pages – 100 free pages) x $0.15:        $157.50

**Estimated Search Costs**
(Hourly Wage of $38.04 + (0.16 x $38.04)) x (4 hours - 2 free hours):
                                                         $88.25
(Hourly Wage of $73.40 + (0.16 x $73.40)) x 1 hour:      $85.14
(Hourly Wage of $63.46 + (0.16 x $63.46)) x 1 hour:      $73.61
(Hourly Wage of $39.31 + (0.16 x $39.31)) x 1 hour:      $45.60
(Hourly Wage of $39.31 + (0.16 x $39.31)) x 1 hour:      $45.60

Total Estimated Search Cost:                             $338.20

**Total Estimated Fees:**                                **$495.70**

Because the fees are likely to exceed $250 and because CREW does not have a history of payment with OMB, advance payment of the full estimated fees, pursuant to 5 C.F.R. § 1303.60(d)(1), is required before OMB will release any responsive records. Pursuant to 5 C.F.R. § 1303.40(f), remittance for the charged fees should be in the form either of a personal check, bank draft drawn on a bank in the United States, or postal money order. Remittance shall be made payable to the Treasury of the United States and mailed to the FOIA officer, Office of Management and Budget, New Executive Office Building, Room 9026, Washington, D.C. 20503. Please let us know whether CREW wants OMB to process item number 17 or to reduce fees by narrowing the scope of the search.

Sincerely,

Lauren E. Wright
Deputy Assistant Director
  For Administration

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007, I caused Defendant's Scheduling Report, with attachment, to be served on Plaintiff's counsel of record electronically by means of the Court's ECF system.

                                                /s/ Julia J. Yoo
                                                Julia J. Yoo