**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
CITIZENS FOR RESPONSIBILITY AND    :
ETHICS IN WASHINGTON,              :
                                   :
       Plaintiff,                  :
                                   :
   v.                              :  Civil Action No. 07-0012 (JR)
                                   :
OFFICE OF MANAGEMENT AND BUDGET,   :
                                   :
       Defendant.                  :
```

**ORDER**

Upon review of the status report filed by defendant on 3/19/07 [4], and having heard nothing from plaintiff, it is **ORDERED** that plaintiff report on the status of its request for "item number 17" within 10 days of the date of this order.


                                        JAMES ROBERTSON
                                   United States District Judge