## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, : : : : Plaintiff, : : v. : : OFFICE OF MANAGEMENT AND BUDGET, : : Defendant. : | Civil Action No. 1:07-CV-0012 (JR) |

### PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Order filed on May 10, 2007, Plaintiff hereby files its report regarding the status of its August 4, 2006 FOIA request for documents item number 17 from the Defendant.

After reviewing the publicly available documents Defendant referred to in its March 19, 2007 letter to Plaintiff as responsive to Plaintiff's FOIA request number 17, plaintiff is not requesting that Defendant process this request number.

Moreover, if Defendant is not in possession of any additional documents responsive to Plaintiff's FOIA request, other than those documents responsive to item number 17, and it confirms in writing that it is not, Plaintiff expects to voluntarily dismiss its lawsuit against Defendant.

                                                          Respectfully submitted,

Dated: May 21, 2007                                /s/ Kimberly D. Perkins
                                                        Anne L. Weismann
                                                        D.C. Bar No. 298190
                                                        Melanie Sloan
                                                        D.C. Bar No. 454584
                                                        Kimberly D. Perkins
                                                        D.C. Bar No. 481460
                                                        Citizens for Responsibility and Ethics in
                                                        Washington
                                                        1400 Eye Street, N.W., Suite 450
                                                        Washington, D.C.  20005
                                                        Phone: (202) 408-5565
                                                        Fax: (202) 588-5020

                                                        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2007, I caused Plaintiff's Status Report to be served on Defendant's counsel of record electronically by means of the Court's ECF system.

/s/ Kimberly D. Perkins
Kimberly D. Perkins