UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

    Plaintiff,

v.

OFFICE OF MANAGEMENT AND BUDGET,

    Defendant.

Civil Action No. 1:07-CV-0012 (JR)

## STIPULATION OF DISMISSAL

The plaintiff, Citizens for Responsibility and Ethics in Washington, and the defendant, the Office of Management and Budget, by and through their undersigned counsel, pursuant to Fed.R.Civ. P. 41(a)(1), do hereby stipulate and agree that this action is DISMISSED with prejudice, with each party to bear its own costs, including attorney's fees.

Dated this ____ day of _____, 2007, at Washington, D.C.

_____
JAMES ROBERTSON
United States District Judge

SEEN AND AGREED:

_____
Anne L. Weismann
(D.C. Bar No. 298190)
Kimberly D. Perkins
(D.C. Bar No. 481460)
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Telephone: (202) 408-5565
Counsel for Plaintiff

_____
Julia J. Yoo
(D.C. Bar No. 486371)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20001
Telephone: (202)514-3313
Counsel for Defendant

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing STIPULATION OF DISMISSAL was caused to be served upon defendant's counsel on the 7th day of June, 2007, in accordance with the Court's ECF Procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> Julia J. Yoo
> (D.C. Bar No. 486371)
> Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> P.O. Box 883 Ben Franklin Station
> Washington, D.C. 20001
> Telephone: (202) 514-3313
> Attorney for Defendant

_/s/ Kimberly D. Perkins_
Kimberly D. Perkins